THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Mark Bonner, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No.  2008-UP-594
Submitted October 1, 2008  Filed October
 17, 2008
AFFIRMED

 
 
 
 LaNelle C. DuRant, South Carolina Commission on Indigent Defense, Division
 of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: 
 Mark Bonner appeals his conviction for
 shoplifting, arguing the trial court erred in proceeding with his trial in absentia.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: State v.
 Wilson, 345 S.C. 1, 5-6, 545 S.E.2d 827, 829 (2001) (stating in criminal
 cases, the appellate court sits to review errors of law only and is bound by
 the factual findings of the trial court unless clearly erroneous); State
 v. Jackson, 288 S.C. 94, 95-96, 341
 S.E.2d 375, 375 (1986) (explaining before a trial in absentia begins, the trial court must make findings of fact regarding whether the
 appellant had received notice of his right to be present and whether the
 appellant had been warned that the trial would proceed in his absence upon a
 failure to attend court).  
AFFIRMED.
ANDERSON, WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.